# MANDATE

N.D.N.Y.
11-cv-959
D'Agostino, J.
Peebles, M.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of May, two thousand twelve.

Present:
> Richard C. Wesley,
> Raymond J. Lohier, Jr.,
>> *Circuit Judges*,
> J. Garvan Murtha,*
>> *District Judge.*

Tommy Walker, III,

> *Plaintiff-Appellant*,

v.                                                          12-300-cv

Jerry Briggs,

> *Defendant-Appellee.*

This Court has determined *sua sponte* that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Judge J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

SAO-DSF

**MANDATE ISSUED ON 06/15/2012**